# THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# CRIMINAL CASE NO. 1:18-cr-00070-MR-DLH

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | **O R D E R** |
| ) | |
| FELIPE DE JESUS VILLAFRANCA, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

**THIS MATTER** is before the Court on the Government's Motion to Dismiss [Doc. 10].

For the reasons stated in the Government's Motion, and for cause shown,

**IT IS, THEREFORE, ORDERED** that the Government's Motion [Doc. 10] is **GRANTED**, and Counts One and Two of the Bill of Indictment in this case are hereby **DISMISSED**.

**IT IS SO ORDERED**.

Signed: October 8, 2018

Martin Reidinger
United States District Judge